## Case No. 15,052.

### UNITED STATES v. EMERY.

[4 Cranch, C. C. 270.] [1]

Circuit Court, District of Columbia. Nov. Term, 1832.

#### HIGHWAYS—RECORDING LOCATION.

The road from Georgetown, D. C., to the Little Falls bridge, is not a public highway, because the location thereof was not recorded among the records of the territory of Columbia.

This was an indictment for obstructing the highway between Georgetown, District of Columbia, and the Little Falls bridge, by blasting rocks, etc.

C. Cox, for defendant, contended that, as the location of the road had never been "recorded among the records of the territory of Columbia," as required by the Maryland act of 1795, c. 44, § 2, it was not a public highway, and therefore the indictment could not be sustained.

And so THE COURT instructed the jury (THRUSTON, Circuit Judge, absent).

See the case of U. S. v. Schwartz [Case No. 16,237].

[1] [Reported by Hon. William Cranch, Chief Judge.]